```
Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PARIS L. HAIRSTON,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>          Defendant. | Case No.: 1:08-cv-01740 GSA<br><br>ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 26, 2009, in which to file Plaintiff's opening brief. Defendant's reply brief shall be due by September 28, 2009 and Plaintiff's reply brief due 15 days thereafter.

**IT IS SO ORDERED.**

DATED: June 26, 2009          /s/ Gary S. Austin
                              United States Magistrate Judge