# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS L. HAIRSTON,<br><br>            Plaintiff,<br>      vs.<br>MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY,<br><br>            Defendant | Case No. 1:08-CV-01740 GSA<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Pursuant to the parties' Stipulation to Dismissal With Prejudice filed on September 25, 2009, **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

The Order to Show Cause issued on September 24, 2009 is hereby discharged.

Dated : September 25, 2009            /s/ Gary S. Austin
                                                       The Honorable Gary S. Austin
                                                       United States Magistrate Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com